```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 13116
   JOHN R DOTI
   KAREN J DOTI                                   CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-6240      SSN XXX-XX-5743


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 07/22/07 and confirmed on 11/28/07.

    2.   The case was dismissed after confirmation, 12/05/2008.

    3.   The Debtor paid a total of $   9070.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 358.55 | .00 | 358.55 |
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 3884.99 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1342.78 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1316.93 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 587.64 | .00 | .00 |
| COMED | UNSECURED | 2096.09 | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 406.57 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 438.42 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 616.65 | .00 | .00 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | 4806.89 | 433.54 | 2419.50 |
| NICOR CAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | 998.89 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 393.57 | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 250.46 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 14440.41 | 953.12 | 2741.64 |
| AMERICASH LOANS | UNSECURED | 1561.48 | .00 | .00 |

          Summary of disbursements:

```
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  19605.85          .00      13894.47          .00      33500.32
PRINCIPAL PAID       5519.69          .00           .00          .00       5519.69
INTEREST PAID        1386.66          .00           .00          .00       1386.66
TOTAL PAID           6906.35          .00           .00          .00       6906.35
```

The Debtor's attorney, SARA J GRAY ESQ                 , was allowed $   3500.00
and was paid $     926.00  direct and $    1672.83  through the plan.

The Trustee received $     490.82 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE